COURT OF APPEALS, JUNE TERM, 1804.

S. NORWOOD *vs.* E. NORWOOD.

JUNE 1804

Norwood
vs
Norwood

APPEAL from a decree of the court of chancery, passed in favour of the complainant in that court. The bill stated, amongst other things, "that a bill in chancery was heretofore filed in this court by your orator against the said *Samuel Norwood,* and by decree of the court your orator's right to a moiety of the ferry landing and profits, was established and confirmed; that the defendant *Samuel Norwood,* was decreed to account for certain profits, and an account of profits was stated up to the 12th of April 1799, *as by said proceedings on record in the high court of chancery will appear;* from which decree the said *Samuel* hath prosecuted an appeal to the high court of appeals, where the same is now depending." The proceedings referred were not exhibited and made a part of the proceedings in the case.

*Where a complainant in chancery had obtained a decree establishing his right to a ferry—on another bill for subsequent profits, he referred to such decree, without exhibiting a record thereof, and obtained a decree, &c which on appeal was reversed, although the defendant's answer admitted the former decree, &c.*

The *answer* of the defendant "admits that the complainant filed his bill in this court against him, and that he obtained a decree for a moiety of the profits made at the ferry aforesaid; the amount of the decree, the time from whence the profits commenced, and when they were closed by the decree, will appear by the decree itself, to which this respondent prays leave to refer, and that he has appealed from the decree to the court of appeals:" From the decree which the chancellor passed in this case in favour of the complainant, the defendant appealed to this court.

*Harper* and *Johnson,* for the Appellant.

*Key* and *Ridgely,* for the Appellee.

THE COURT OF APPEALS [*Jones, Potts* and *Dennis,* Judges,] *reversed* the decree of the court of chancery, being "of opinion that there is not sufficient evidence contained in the record to support the chancellor's decree against the appellant, the original decree referred to in the bill of complaint not being exhibited and making no part of the evidence in the court below."

Also decreed, "that the chancellor dismiss the said bill without prejudice to the equity of the complainant, if any, and without costs."